IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 126,012

In the Matter of MARK A. ROY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On February 2, 2024, the court suspended Mark A. Roy from the practice of law in the state of Kansas for a one-year period upon finding by clear and convincing evidence that Roy's conduct violated Kansas Rules of Professional Conduct 1.1 (2023 Kan. S. Ct. R. at 327) (competence), 1.15 (2023 Kan. S. Ct. R. at 372) (safekeeping property), 1.3 (2023 Kan. S. Ct. R. at 331) (diligence), 1.5 (2023 Kan. S. Ct. R. at 333) (fees), and 8.4(g) (2023 Kan. S. Ct. R. at 433) (misconduct). The court stayed imposition of that discipline pending Roy's successful completion of a 12-month probation period. See *In re Roy*, 318 Kan. 184, 197-98, 542 P.3d 321 (2024).

On March 21, 2025, Roy filed a motion to be discharged from probation. Roy attached to this filing his and his supervising attorney's affidavits summarily attesting to Roy's compliance with all terms of his probation. See Supreme Court Rule 227(g)(1) (2025 Kan. S. Ct. R. at 277) (outlining process for motion to be discharged from probation). The Office of the Disciplinary Administrator (ODA) responded that Roy has complied with his probation, confirmed Roy's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Roy's motion, and orders Roy fully discharged from probation. Accordingly, this disciplinary proceeding is closed.

1

The court further orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Roy.

Dated this 24th day of April 2025.